| Date | Pleading Number | |
|---|---|---|
| 6/4/69 | 1 | Filed motion to transfer State of Utah case to California, C. and assign to Judge Pence by defendants Kaiser Steel Corp., U.S. Industries, Inc., American Paipe & Construction Co., United Concrete Pipe Corp., and United States Steel Corp. |
| 6/16/69 | 2 | Filed response of plaintiff State of Utah to motion of certain defendants to transfer |
| 6/18/69 | 3 | Filed supplemental memorandum of defendant Kaiser Steel Corp. in support of defendants' motion to transfer. |
| 6/18/69 | 4 | Filed objection of Utah Concrete Pipe Co. to motion to transfer of other defendants. |
| 6/19/69 | 5 | Filed statement of defendant W. R. White Co. opposing motion to transfer. |
| 6/26/69 | | Filed hearing order for Denver, Colorado on July 25, 1969. |
| 6/30/69 | 6 | Filed reply to memoranda filed by Utah Concrete Co. & W. R. White Co. by defendants Kaiser Steel Corp.' U.S. Industries, Inc.; American Pipe & Construction Co.; Smith Scott Co., Inc.; United Concrete Pipe Corp.; and United States Steel Corp. |
| 6/30/69 | | Mailed hearing notice for Denver, Colorado on July 25, 1969. |
| 7/8/69 | 7 | Filed reply of plaintiff State of Utah to objections filed by Utah Concrete Pipe Co. and W. R. White Company. |
| 8/28/69 | | Filed CONSENT OF TRANSFEREE COURT signed by Chief Judge Clark agreeing to assignment of litigation of Judge Martin Pence in Central California. |
| 8/28/69 | | Filed Opinion and Order (per Curiam) transferring the State of Utah case to the Central District of California, and assigned to Judge Martin Pence. (from Hawaii) |

OPINION AND ORDER FILED AUGUST 28, 1969 CITED AT 303 F. SUPP. 507 (1969)

DOCKET NO. 25

# DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

"WEST OF THE ROCKIES" CONCRETE PIPE LITIGATION *Transferred to Calif. C. & assigned to J. Pence - 8/28/69 (973)

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | State of Utah v. American Paipe and Construction Co., et al. | Utah C-177-69 dis 10/24/75 | | 8/28/69* | 69-1964- |
| A-2 | Hadley-Cherry, Inc. v. American Paipe & Construction Co., et al. dismissed | C.D. Calif. 69-907 | Real | | |
| A-3 | Volk-McLain Communities, Inc. v. American Pipe & Construction Co., et al. 2/ | C.D. Calif. 68-2058 dis - 10/24/74 | Pence | | |
| A-4 | Crescenta Valley County Water District v. American Pipe & Construction Co., et al. 4/ | C.D. Calif. 69-951 dis 12/18/74 | Crary | | |
| A-5 | Sierra Western Corp., et al. v. American Pipe & Construction Co., et al. 1/ | C.D. Calif. 69-1008 dis 5/23/73 | Carr | | |
| A-6 | Hurst Concrete Products, Inc. v. American Pipe & Construction Co., et al. 3/ | C.D. Calif. 68-1625 dis 5/22/73 | Pence | | |

1 TRANSFER TO 12/31/70

1/ Def American Pipe & Cons. dism 5/23/73
Def. AMUIT Corp. dismissed 1/15/71
Def. Martin Marietta Corp. dismissed 5/19/70
Def United Concrete Pipe Corp dism 4/6/73

2/ Def. Amer Pipe & Construction Co dismissed 10/31/69
Def. U.S. Industries Inc dismissed 12/29/69
Def United Concrete Pipe corp. dism 11/7/69

3/ Def. AMUIT Corp. dismissed 1/15/71
Def. Martin Marietta Corp dismissed 5/19/70
Def American Pipe & Cons. dism 5/22/73
United Concrete Pipe Corp dism 5/23/73

4/ United Concrete Pipe corp dism 4/4/73
Smith-Scott Co., Inc dism 4/6/73

Verified correct by Judicial Council May 1975
Transfers 1
XYZ Cases 5
6
1
5
Dis
Pending

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 25 - "WEST OF THE ROCKIES" CONCRETE PIPE LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Vernon B. Romney, Esq.<br>Attorney General State of Utah<br>Salt Lake City, Utah<br><br>Gerald R. Miller, Esquire<br>Mulliner, Prince & Mangum<br>206 El Paso Natural Gas Building<br>Salt Lake City, Utah | KAISER STEEL CORPORATION<br>Gordon Johnson, Esquire<br>Thelen, Marrin, Johnson & Bridges<br>One Eleven Sutter Street<br>San Francisco, California 94104<br><br>U. S. Industries, Inc.<br>Oliver F. Green, Jr., Esquire<br>Paul, Hastings, Janofsky & Walker<br>510 South Spring Street<br>Los Angeles, California 90013 |
| A-2 | Elwood S. Kendrick, Esq.<br>Kendrick & Subkow<br>612 South Flower St.<br>Los Angeles 90017 | AMERICAN PIPE & CONSTRUCTION CO.<br>George W. Jansen, Esquire<br>110 Laurel Street<br>San Diego, California 92101 |
| A-3 | Same as A-2 above; also<br><br>Jerome T. Stewart<br>650 South Spring Street<br>Los Angeles 90014 | James O. Sullivan, Esquire<br>Sullivan, Jones & Mitchell<br>2140 Fourth Avenue<br>San Diego, California 92101 |
| A-4 | Same as A-2 above; also<br><br>Henry Melby, Esq.<br>Melby, Crickard & Anderson<br>223 East Broadway<br>Glendale 91205 | SMITH-SCOTT CO., INC.<br>UNITED CONCRETE PIPE CORP.<br>Robert E. Cooper, Esquire<br>Gibson, Dunn & Crutcher<br>634 South Spring Street<br>Los Angeles, California 90014 |
| A-5<br>A-6 | William R. Walsh, Esq.<br>Corinblit and Shapero<br>3700 Wilshire Boulevard, Suite 575<br>Los Angeles, Calif. 90005 | UNITED STATES SETEL CORPORATION<br>Calvin A. Behle, Esquire<br>Parsons, Behle, Evans & Latimer<br>Kearns Building<br>Salt Lake City, Utah 84101<br><br>Dominic B. King, Esquire<br>Law Department<br>United States Steel Corporation<br>525 William Penn Place<br>Pittsburgh, Pennsylvania 15230<br><br>John M. Robinson, Esquire<br>Jesse R. O'Malley, Esquire<br>Musick, Peeler & Garrett<br>One Wilshire Boulevard<br>Los Angeles, California 90017 |

| No. | Plaintiff | Defendant |
|---|---|---|
| | | AMERICAN PIPE & CONSTRUCTION CO.<br>Brigham E. Roberts, Esq.<br>Rawlings, Roberts & Black<br>530 Judge Building<br>Salt Lake City, Utah |
| | | KAISER STEEL CORP.<br>Edward W. Clyde, Esq.<br>Clyde, Mecham & Pratt<br>351 South State Street<br>Salt Lake City, Mtah 84111 |
| | | U.S. INDUESTRIES<br>Hardin A. Whitney, Jr., Esq.<br>Moyle & Moyle<br>800 Deseret Building<br>Salt Lake City, Mtah 84111 |
| | | UNITED CONCRETE PIPE CORP. + SMITH-SCOTT<br>Peter W. Billings, Esq.<br>Fabian and Clendenin<br>Continental Bank Building<br>Salt Lake City, Mtah |
| | | W. R. WHITE COMPANY<br>Richard W. Campbell, Esq.<br>Olmstead, Stine & Campbell<br>2324 Adams Avenue<br>Ogden, Utah |
| | | UTAH CONCRETE PIPE COMPANY<br>Haldor T. Benson, Esq<br>VanCott, Bagley, Cornwell & McCarthy<br>141 East First South<br>Salt Lake City, Utah |
| [redacted]<br>A-8 | Robert J. Backstein, Esq.<br>City Attorney, 930 Municipal Bldg.,<br>251 West Washington St., Phoenix<br>85003<br><br>A-8 also for<br>City of Tempe & Cities of Flagstaff<br>and Tucson and State of Airzona<br>Frederick P. Furth, Esq.<br>666 Russ Bldg., San Francisco<br>94104 | American Pipe & Cons. Co. & Am'n Concre Pipe.<br>Shimmel, Hill, Kleindienst & Bishop<br>111 West Monroe, Phoenix 85003<br>U.S. Steel Corp.<br>Fennemore, Craig, von Ammon, McClennen &<br>Udall, 411 No. Central, Phoenix 85004<br>United Concrete Pipe Corp.<br>John J. Hanson, Esq., Gibson, Dunn &Crutcher<br>634 South Spring St., Los Angeles 90014 |
| | | Martin Marietta<br>Sheppard Mullin, Richter & Hampton<br>458 South Spring Street<br>Los Angeles, California |
| | | AMERICAN VITRIFIED PRODUCTS, INC. — dism. as def. in 69-1008 1/15/71<br>Gibson Dunn & Crutcher Firm<br>(Counsel for Smith Scott and<br>United Concrete) |